| U.S. Department of Justice<br>United States Marshals Service | | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|---|

| PLAINTIFF<br>United States of America | RECEIVED<br>U.S. MARSHAL'S<br>BALTIMORE | COURT CASE NUMBER<br>24-cv-3089 |
|---|---|---|
| DEFENDANT<br>$32,070.00 U.S. Currency | | TYPE OF PROCESS<br>Warrant for arrest in rem |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
24-DEA-712140/GC-22-0044

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Amy Rappole, Sr. Law Clerk
U.S. Attorney's Office
36 S. Charles Street, 4th floor
Baltimore, Maryland 21201

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Please arrest the asset, fill in the date of arrest, and file with the Clerk of Court

USDC- BALTIMORE
'24 OCT 29 PM 2:20

Signature of Attorney other Originator requesting service on behalf of:  [X] PLAINTIFF  [ ] DEFENDANT
Digitally signed by ALEXANDER LEVIN
Date: 2024.10.25 10:18:30 -04'00'

TELEPHONE NUMBER: 410-209-4948
DATE: 10/25/2024

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. D37
District to Serve No. D37
Signature of Authorized USMS Deputy or Clerk
Date: 10/29/24

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Date: 10/29/2024
Time: [ ] am [ ] pm

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS

Asset in usms custody as of 5/14/24.

HD

Rcv'd by: AR

Form USM-285
Rev 03/21